1  BENJAMIN B. WAGNER
   United States Attorney
2  KIMBERLY A. SANCHEZ
   Assistant U.S. Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, California 93721
4  Telephone:  (559) 497-4000

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,      ) 1:12-CR-00216-AWI-BAM
                                  )
12              Plaintiff,        ) PRELIMINARY ORDER OF
                                  ) FORFEITURE
13 v.                             )
                                  )
14 JOSE VENEGAS,                  )
                                  )
15              Defendant.        )
                                  )
16 _____ )

17      Based upon the entry of plea entered by defendant Jose Venegas,

18 it is hereby ORDERED, ADJUDGED AND DECREED as follows:

19      1.   Pursuant to 18 U.S.C. § 924(d), and 28 U.S.C. § 2461(c),

20 defendant Jose Venegas' interest in the following property shall be

21 condemned and forfeited to the United States of America, to be

22 disposed of according to law:

23           a.   Taurus, model PT92, 9mm semi-automatic pistol and all
                  ammunition seized in this case.
24

25      2.   The above-listed asset constitutes a firearm and ammunition

26 involved in or used in a knowing violation of 18 U.S.C. § 922(g)(9).

27      3.   Pursuant to Rule 32.2(b), the Attorney General (or a

28 designee) shall be authorized to seize the above-listed property.

1  The aforementioned property shall be seized and held by the United

2  States Marshals Service and/or the Bureau of Alcohol, Tobacco,

3  Firearms and Explosives in its secure custody and control.

4        4.   a. Pursuant to 28 U.S.C. § 2461(c), incorporating 21 U.S.C.

5  § 853(n), and Local Rule 171, the United States shall publish notice

6  of the order of forfeiture.  Notice of this Order and notice of the

7  Attorney General's (or a designee's) intent to dispose of the

8  property in such manner as the Attorney General may direct shall be

9  posted for at least 30 consecutive days on the official internet

10  government forfeiture site www.forfeiture.gov.  The United States may

11  also, to the extent practicable, provide direct written notice to any

12  person known to have alleged an interest in the property that is the

13  subject of the order of forfeiture as a substitute for published

14  notice as to those persons so notified.

15        b. This notice shall state that any person, other than the

16  defendant, asserting a legal interest in the above-listed property,

17  must file a petition with the Court within sixty (60) days from the

18  first day of publication of the Notice of Forfeiture posted on the

19  official government forfeiture site, or within thirty (30) days from

20  receipt of direct written notice, whichever is earlier.

21        5.   If a petition is timely filed, upon adjudication of all

22  third-party interests, if any, this Court will enter a Final Order of

23  Forfeiture pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), in

24  which all interests will be addressed.

25

26  IT IS SO ORDERED.

27  Dated:   November 18, 2013      _____
                                    SENIOR  DISTRICT  JUDGE

28

Preliminary Order of Forfeiture